# REESE LLP

March 25, 2022

**VIA ECF**
Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007



RE:   *Baron, et al. v. Amazon.com, Inc.*,
      No. 1:21-cv-9636-AJN-SN

Dear Judge Nathan:

Plaintiffs Mary Baron, Calhea Johnson, Malika McLean, and Tony Watson ("Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon") (collectively, the "Parties") have met and conferred about the above-captioned action. The Parties have also met and conferred concerning *Caudel, et al. v. Amazon.com, Inc.*, No. 2:20-cv-848, pending in the U.S. District Court for the Eastern District of California (the "*Caudel* Action"). The *Caudel* Action concerns the same subject matter as the instant matter, and the Parties have retained the same counsel in both actions.

The Parties have met and conferred as to measures to coordinate the two actions in order to conserve judicial resources and for the convenience of the Parties. The Parties agreed that stipulating to and requesting transfer of the instant action and the *Caudel* Action to the U.S. District Court for the Western District of Washington, where Amazon resides, would further those goals.

Specifically, the Parties agreed that transfer would promote convenience for the Parties and witnesses by allowing both matters to be heard in one forum and would conserve judicial and party resources by eliminating motion practice related to the forum-selection clause in Amazon's Conditions of Use. By entering into this stipulation, neither Party waives any claims, defenses, or arguments as to Amazon's Conditions of Use, including as to whether or how the Conditions of Use bear on Plaintiffs' claims.

On February 24, 2022, the Parties jointly requested a thirty (30) day extension of time for Amazon to respond to the Complaint (Dkt. No. 7), during which time the Parties expected to finalize and file the aforementioned stipulation requesting transfer. The next day this Court entered an order granting the stipulated extension of time and ordering that Amazon's response to the Complaint be filed no later than March 28, 2022 (Dkt. No. 8). The Parties jointly requested and received similar relief in the *Caudel* Action. *Caudel, et al. v. Amazon.com, Inc.*, No. 2:20-cv-848 (Dkt. No. 44) (Feb. 25, 2022).

156083041.1

-2-

With this Letter-Motion and consistent with the Parties' stipulation, the Parties jointly request transfer of the instant action to the U.S. District Court for the Western District of Washington.

On March 22, 2022, the parties in the *Caudel* Action jointly requested the same relief in that case. Upon transfer to the Western District of Washington of the instant action by this Court and of the *Caudel* Action by the Eastern District of California, the Parties will meet and confer regarding potential consolidation of the actions, a consolidated amended complaint, and a proposed schedule for responding to any amended complaint.

Accordingly, the parties HEREBY STIPULATE and request that the Court transfer this action to the U.S. District Court for the Western District of Washington.

DATED:  March 25, 2022                                    Respectfully submitted,

By:                                                                          By:

/s/ Carlos F. Ramirez                                          /s/ Charles C. Sipos
Michael R. Reese                                               Charles C. Sipos
Carlos F. Ramirez                                              csipos@perkinscoie.com
mreese@reesellp.com                                       Perkins Coie LLP
cramirez@reesellp.com                                    1201 Third Avenue, Suite 4900
Reese LLP                                                         Seattle, WA  98101-3099
100 West 93rd St, 16th Fl                                 Phone:         206.359.8000
New York, NY 10025                                       Facsimile:    206.359.9000
Phone:         914.860.4994
Facsimile:    212.253.4272                               David T. Biderman
                                                                          dbiderman@perkinscoie.com
George V. Granade                                          Perkins Coie LLP
ggrenade@reesellp.com                                  1888 Century Park E., Suite 1700
Reese LLP                                                         Los Angeles, CA  90067-1721
8484 Wilshire Boulevard, Suite 515                Phone:         310.788.9900
Los Angeles, CA 90211                                    Facsimile:    310.788.3399
Phone:         310.393.0070
Facsimile:    212.253.4272                               *Attorneys for Defendant*
                                                                          *Amazon.com, Inc.*
Spencer Sheehan
spencer@spencersheehan.com
Sheehan & Associates, P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone:         516.303.0552
Facsimile:    516.234.7800

*Attorneys for Plaintiffs*
*Mary Baron, Calhea Johnson, Malika*
*McLean, and Tony Watson*

CC: All counsel of record (via ECF)

156083041.1

-3-

**[~~PROPOSED~~ ORDER]**

**IT IS SO ORDERED.**

DATED: __3/28/22__

_____
Honorable Alison J. Nathan
United States District Judge

-3-

156083041.1